UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITO CREATIVE LLC and ANCY SKARIA as Executor of THE ESTATE OF PABLO LOPEZ,

Plaintiffs,

v.

TANYA DE COSTA and FELLIA FOUNDRY LLC,

Defendants.

26-CV-6858 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Plaintiffs' motion for a temporary restraining order and preliminary injunction. Dkt. 9. The Court adopts the following briefing schedule for the motion:

- Defendants shall file their opposition to the motion no later than September 17, 2026.
- If Plaintiffs seek to file a reply brief, they shall do so no later than September 24, 2026.
- A hearing to address Plaintiff's motion will be held in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York on October 8, 2026 at 2:00 p.m. No later than September 24, 2026, the parties shall inform the Court whether they agree that Plaintiff's motion may be decided on the basis of oral argument and the paper record, or whether the October 8, 2026 hearing will instead also include witness testimony.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge