CROKE FAIRCHILD DUARTE & BERES

CROKE FAIRCHILD DUARTE & BERES
270 7TH AVENUE
NEW YORK, NY 10001
(212) 416-4684

KARI PARKS
KPARKS@CROKEFAIRCHILD.COM

October 9, 2026

**VIA ECF**
The Honorable Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: Skaria and Lito Creative LLC v. De Costa and Fellia Foundry LLC, 1:26-cv-06858-RA (S.D.N.Y.)

Dear Judge Abrams:

I represent "**Plaintiffs**" Ancy Skaria as Executor of the "**Estate**" of Pablo Lopez and "**Lito**" Creative LLC in the above-captioned "**Action**" and write jointly with counsel for "**Defendants**" Tanya De Costa and "**Fellia**" Foundry LLC (with Plaintiffs, the "**Parties**") to memorialize the agreements that the Parties reached during yesterday's conference with Your Honor.

The Parties have agreed in principle to settle this Action and the New York Supreme Court, Queens County action captioned Lito Creative LLC and Tanya De Costa v. Ancy Skaria-Lopez, as Executrix of the Estate of Pablo Andres Lopez, Index No. 725181/2025, and intend to negotiate, sign, and close that settlement agreement no later than October 20, 2026.

Consistent with the Parties' intention, the Court adjourned yesterday's evidentiary hearing and oral argument on Plaintiffs' Motion for Temporary Restraining Order ("**TRO**") and Preliminary Injunction and Defendants' Motions to Dismiss, for Disqualification, and for TRO and Preliminary Injunction from yesterday at 11:00am to October 21, 2026 at 10:00am.

In exchange for Plaintiffs' agreement to adjourn yesterday's hearing, Defendants agreed to the Court's issuance of an order including the TRO terms 1, 2, 3, 4, and 6 detailed in Plaintiffs' September 1, 2026 moving brief:

1. Prohibiting Ms. De Costa from further breaching her fiduciary duties to Lito and the Estate;

2. Prohibiting Fellia from further interfering with Lito's contracts, including specifically prohibiting Defendants from attempting to move or destroy assets or work with Lito clients;

3. Ordering Defendants to return all Lito assets, including its website, social media accounts, cloud storage accounts (e.g., Canva, Dropbox) and bank accounts to Lito, and destroying all copies held by themselves or third parties;

4. Ordering that Defendants cooperate with Lito to ensure that all work for historical Lito clients continues to be provided by Lito and Lito personnel and paid to Lito, not Defendants;

6. Requiring Ms. De Costa to honor the Estate's Lito governance, information, and other member rights.

Thank You for your care and consideration of this case.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

CC: All counsel of record (via ECF)

SO ORDERED.

Hon. Ronnie Abrams
October 13, 2026