CROKE FAIRCHILD DUARTE & BERES

CROKE FAIRCHILD DUARTE & BERES
270 7TH AVENUE
NEW YORK, NY 10001
(212) 416-4684

October 20, 2026

**VIA ECF**
The Honorable Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: Skaria and Lito Creative LLC v. De Costa and Fellia Foundry LLC, 1:26-cv-06858-RA (S.D.N.Y.)

Dear Judge Abrams:

I represent "**Plaintiffs**" Ancy Skaria as Executor of the "**Estate**" of Pablo Lopez and "**Lito**" Creative LLC in the above-captioned "**Action**" and write jointly with counsel for "**Defendants**" Tanya De Costa and "**Fellia**" Foundry LLC (with Plaintiffs, the "**Parties**") to respectfully request an adjournment of the evidentiary hearing and oral argument on Plaintiffs' Motion for Temporary Restraining Order ("**TRO**") and Preliminary Injunction and Defendants' Motions to Dismiss, for Disqualification, and for TRO and Preliminary Injunction scheduled for October 21, 2026, to be adjourned for November 9, 2026 or November 10, 2026. The Court previously adjourned this hearing from October 8, 2026 at 11:00am to October 21, 2026 at 10:00am. See Dkt. 38 (Oct. 13, 2026).

As the Court is aware, the Parties have agreed in principle to settle this Action and the New York Supreme Court, Queens County action captioned Lito Creative LLC and Tanya De Costa v. Ancy Skaria-Lopez, as Executrix of the Estate of Pablo Andres Lopez, Index No. 725181/2025, and intend to promptly close that settlement agreement. However, Plaintiffs have not yet received information from Defendants that Plaintiffs require before finalizing the settlement terms.

Plaintiffs understand that Defendants' counsel is communicating with Defendants regarding providing that information.

Thank You for your care and consideration of this case.

Respectfully submitted,

/s/ Genesis Torres
Genesis Torres

CC: All counsel of record (via ECF)

Application granted. The hearing previously scheduled for October 21, 2026 at 10:00 a.m. is hereby adjourned to November 9, 2026 at 10:00 a.m.

SO ORDERED.

Hon. Ronnie Abrams
October 20, 2026