UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANCY SKARIA as Executor of THE ESTATE OF PABLO LOPEZ and LITO CREATIVE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TANYA DE COSTA and FELLIA FOUNDRY LLC,<br><br>Defendants. | 26-CV-6858 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

In light of the parties' agreement in principle to settle this action, the initial status conference scheduled for October 22, 2026 at 2:30 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: October 21, 2026
New York, New York

Ronnie Abrams
United States District Judge