UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANCY SKARIA as Executor of THE ESTATE OF PABLO LOPEZ, and LITO CREATIVE LLC,

Plaintiffs,

v.

TANYA DE COSTA and FELLIA FOUNDRY LLC,

Defendants.

26-CV-6858 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The hearing previously scheduled for November 9, 2026 at 10:00 a.m. is hereby adjourned to December 14, 2026 at 11:00 a.m.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Ronnie Abrams
United States District Judge